**PARISH GUY CASTILLO, PLC**

William H. Parish (State Bar No. 95913)
Erin Guy Castillo (State Bar No. 253904)
1919 Grand Canal Boulevard, Suite A-5
Stockton, California  95207-8114
Telephone:  (209) 952-1992
Facsimile:  (209) 952-0250

*Attorneys for Defendant*
**NELSON S. PARKERSON, JR. deceased,**
by and through the SAN JOAQUIN
COUNTY PUBLIC ADMINISTRATOR,
Special Administrator of the ESTATE OF
NELSON S. PARKERSON, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISCTICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RONALD A. HINSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>CALVARY RECORDS, INC., a California Corporation dba THE CALVARY MUSIC GROUP dba SONGS OF CALVARY (BMI); CALVARY MUSIC GROUP, INC., a Tennessee Corporation; NELSON S. PARKERSON, JR., deceased, by and through the SAN JOAQUIN COUNTY PUBLIC ADMINISTRATOR, Special Administrator of the ESTATE OF NELSON S. PARKERSON, JR; PHYLLIS BRADHURST; WARNER CHAPPELL MUSIC, INC., a Delaware Corporation; DOES 1 to 50, inclusive;<br><br>                              Defendants. | Case No. 2:15-cv-02227-TLN-EFB<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED ANSWER AND STRIKING ANSWERS OF CALVARY RE-CORDS, INC., CALVARY MUSIC GROUP, INC. AND SONGS OF CALVARY** |

GOOD CAUSE APPEARING, the Court hereby orders in this matter as follows:

1.      Defendant Nelson S. Parkerson, Jr., deceased, by and through the San Joaquin County Public Administrator, Special Administrator of the Estate of Nelson S. Parkerson, Jr., shall be allowed to file a first amended answer by May 31, 2016.

2.      Calvary Records, Inc., a California corporation dba The Calvary Music Group dba

*(left margin, vertical text)* PARISH GUY CASTILLO, PLC  1919 Grand Canal Blvd., Suite A-5  Stockton, California 95207-8114  Telephone: (209) 952-1992  Facsimile: (209) 952-0250

Songs of Calvary (hereafter "Calvary Records"); Calvary Music Group, a Tennessee corporation (hereafter "Calvary Music"); and, Songs of Calvary, an entity form of organization unknown (hereafter "Songs of Calvary") lack the legal capacity to defend the instant lawsuit.  The Answer filed March 22, 2016 on behalf of these entities was therefore invalid and it is hereby stricken from the Court's file so that Plaintiff may request that their defaults be entered.

3.      Plaintiff's hearing on his motion for judgment on the pleadings; motion to strike scheduled for May 19, 2016 is hereby taken off calendar.

Dated: May 6, 2016

Troy L. Nunley
United States District Judge

PARISH GUY CASTILLO, PLC
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

ORDER GRANTING LEAVE TO FILE FIRST AMENDED ANSWER AND STRIKING
ANSWERS OF CALVARY RECORDS, INC., CALVARY MUSIC GROUP, INC. AND SONGS OF CALVARY