Robert P. Merten, State Bar Number 261446
 *robert.merten@sutherland.com*
SUTHERLAND, ASBILL
 & BRENNAN LLP
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:   (916) 241-0512
Facsimile:    (916) 241-0501

Stephen Y. Ma, State Bar Number 214998
 (*Application Pending*)
 *sma@earlysullivan.com*
Mark C. Humphrey, State Bar Number 291718
 (*Application Pending*)
 *mhumphrey@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Defendant
WARNER/CHAPPELL MUSIC, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. HINSON,<br><br>Plaintiff,<br><br>vs.<br><br>CALVARY RECORDS, INC., et al.,<br><br>Defendants. | Case No.: 2:15-cv-02227-TLN-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |

STIPULATION AND ORDER FOR EXTENSION OF TIME

1
## STIPULATION TO EXTEND TIME TO RESPOND

2    IT IS HEREBY STIPULATED, by and between Plaintiff Ronald A. Hinson ("Plaintiff")

3 and Defendant Warner/Chappell Music, Inc. ("Warner/Chappell") as follows:

4    WHEREAS, Plaintiff filed his First Amended Complaint for Damages ("FAC") on

5 January 11, 2016;

6    WHEREAS, Plaintiff served a Waiver of the Service of Summons (the "Waiver") on

7 counsel for Warner/Chappell on May 6, 2016, which counsel for Warner/Chappell executed and

8 returned on May 13, 2016;

9    WHEREAS, by executing and returning the Waiver, Warner/Chappell was given until

10 July 5, 2016 (i.e., 60 days from May 6, 2016, the date on which the Waiver was served) to file an

11 answer or motion under Rule 12;

12    WHEREAS Plaintiff and Warner/Chappell thereafter engaged in discussions regarding

13 Plaintiff's claims and how this action should proceed, and on June 30, 2016 jointly filed a

14 Stipulation for Extension of Time for Warner/Chappell to respond to Plaintiff's FAC, thereby

15 extending Warner/Chappell's response deadline by fifteen (15) days to July 20, 2016, subject to

16 further extensions to be agreed upon by the parties;

17    WHEREAS Plaintiff and Warner/Chappell subsequently filed jointly on July 19, 2016, a

18 Stipulation Extending Time for Defendant to File Responsive Pleading for an additional thirteen

19 (13) days until August 2, 2016, to respond to the Complaint;

20    WHEREAS, the parties desire to extend the foregoing extension another 30 days until

21 September 2, 2016 in order to provide the parties additional time continue their discussions

22 regarding Plaintiff's claims and how this action should proceed in light of the fact that counsel for

23 Plaintiff is now engaged in trial preparations for a separate matter;

24    WHEREAS Plaintiff and Warner/Chappell are the only parties affected by this stipulation,

25 and so this stipulation will not result in prejudice to any party;

26 ///

27 ///

28

1
STIPULATION AND ORDER FOR EXTENSION OF TIME

1    NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate

2    and agree that Warner/Chappell should be given an additional thirty (30) days to respond to

3    Plaintiff's FAC, so that Warner/Chappell must file an answer or motion under Rule 12 by no later

4    than September 2, 2016, subject to further extensions to be agreed upon by the parties.

5    Nothing in this stipulation shall constitute a waiver of any arguments or defenses that

6    Warner/Chappell may wish to assert in its responsive pleadings, all of which are expressly

7    reserved.

8    IT IS SO STIPULATED AND AGREED.

9

10   Respectfully submitted,

11   Dated: July 28, 2016          SUTHERLAND, ASBILL
                                    & BRENNAN LLP
12

13                                 By:   /s/
14                                    ROBERT P. MERTEN
                                      Attorneys for Defendant
15                                    WARNER/CHAPPELL MUSIC, INC.

16
17   Dated: July 28, 2016          STERLING LAW GROUP

18                                 By:   /s/
19                                    TIMOTHY J. KOOY
                                      STEPHEN J. SLOCUM
20                                    Attorneys for Plaintiff
                                      STERLING LAW GROUP

21

22

23

24

25

26

27

28

2
**STIPULATION AND ORDER FOR EXTENSION OF TIME**

37089757.1

1

2                                   **ORDER**

3          Based upon the foregoing Stipulation and good cause appearing, IT IS HEREBY

4  ORDERED that Warner/Chappell may respond to the First Amended Complaint by September 2,

5  2016, subject to further extensions to be agreed upon by the parties and ordered by the Court.

6

7  IT IS SO ORDERED.

8

9  Dated: August 2, 2016

10

11                                                    _____
                                                      Troy L. Nunley
12                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        STIPULATION AND ORDER FOR EXTENSION OF TIME

37089757.1