Robert P. Merten, State Bar Number 261446
*robert.merten@sutherland.com*
SUTHERLAND, ASBILL
& BRENNAN LLP
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 241-0512
Facsimile: (916) 241-0501

Stephen Y. Ma, State Bar Number 214998
*sma@earlysullivan.com*
Mark C. Humphrey, State Bar Number 291718
*mhumphrey@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
WARNER/CHAPPELL MUSIC, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RONALD A. HINSON,

Plaintiff,

vs.

CALVARY RECORDS, INC., et al.,

Defendants.

Case No.: 2:15-cv-02227-TLN-EFB

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**



**STIPULATION TO EXTEND TIME TO RESPOND**

IT IS HEREBY STIPULATED, by and between Plaintiff Ronald A. Hinson ("Plaintiff") and Defendant Warner/Chappell Music, Inc. ("Warner/Chappell") as follows:

WHEREAS, Plaintiff filed his First Amended Complaint for Damages ("FAC") on January 11, 2016;

WHEREAS, Plaintiff served a Waiver of the Service of Summons (the "Waiver") on counsel for Warner/Chappell on May 6, 2016, which counsel for Warner/Chappell executed and returned on May 13, 2016;

WHEREAS, by executing and returning the Waiver, Warner/Chappell was given until July 5, 2016 (i.e., 60 days from May 6, 2016, the date on which the Waiver was served) to file an answer or motion under Rule 12;

WHEREAS Plaintiff and Warner/Chappell thereafter engaged in discussions regarding Plaintiff's claims and how this action should proceed, and on June 30, 2016 jointly filed a Stipulation for Extension of Time for Warner/Chappell to respond to Plaintiff's FAC, thereby extending Warner/Chappell's response deadline by fifteen (15) days to July 20, 2016, subject to further extensions to be agreed upon by the parties;

WHEREAS Plaintiff and Warner/Chappell subsequently filed jointly on July 19, 2016, a Stipulation Extending Time for Defendant to File Responsive Pleading for an additional thirteen (13) days until August 2, 2016, to respond to the Complaint;

WHEREAS Plaintiff and Warner/Chappell subsequently filed jointly on or about July 28, 2016, a Stipulation Extending Time for Defendant to File Responsive Pleading for an additional thirty (30) days until September 2, 2016;

WHEREAS, the parties desire to extend the foregoing extension another 30 days until October 3, 2016 in order to provide the parties additional time continue their discussions regarding Plaintiff's claims and how this action should proceed in light of the fact that counsel for Plaintiff is now engaged in trial preparations for a separate matter;

WHEREAS Plaintiff and Warner/Chappell are the only parties affected by this stipulation, and so this stipulation will not result in prejudice to any party;

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree that Warner/Chappell should be given an additional thirty (30) days to respond to Plaintiff's FAC, so that Warner/Chappell must file an answer or motion under Rule 12 by no later than October 3, 2016, subject to further extensions to be agreed upon by the parties.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Warner/Chappell may wish to assert in its responsive pleadings, all of which are expressly reserved.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: August 30, 2016

SUTHERLAND, ASBILL & BRENNAN LLP

By: *__/s/--Robert P. Merten__*
ROBERT P. MERTEN
Attorneys for Defendant
WARNER/CHAPPELL MUSIC, INC.

Dated: August 30, 2016

STERLING LAW GROUP

By: *__/s/--Timothy J. Kooy__*
TIMOTHY J. KOOY
STEPHEN J. SLOCUM
Attorneys for Plaintiff
STERLING LAW GROUP



**ORDER**

Based upon the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that Warner/Chappell may respond to the First Amended Complaint by October 3, 2016, subject to further extensions to be agreed upon by the parties and ordered by the Court.

IT IS SO ORDERED.

Dated: August 31, 2016

Troy L. Nunley
United States District Judge

