Robert P. Merten, State Bar Number 261446
 *robert.merten@sutherland.com*
SUTHERLAND, ASBILL
 & BRENNAN LLP
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:  (916) 241-0512
Facsimile:   (916) 241-0501

Stephen Y. Ma, State Bar Number 214998
 *sma@earlysullivan.com*
Mark C. Humphrey, State Bar Number 291718
 *mhumphrey@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
WARNER/CHAPPELL MUSIC, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD A. HINSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALVARY RECORDS, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02227-TLN-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |



**STIPULATION TO EXTEND TIME TO RESPOND**

IT IS HEREBY STIPULATED, by and between Plaintiff Ronald A. Hinson ("Plaintiff") and Defendant Warner/Chappell Music, Inc. ("Warner/Chappell") as follows:

WHEREAS, Plaintiff filed his First Amended Complaint for Damages ("FAC") on January 11, 2016;

WHEREAS, Plaintiff served a Waiver of the Service of Summons (the "Waiver") on counsel for Warner/Chappell on May 6, 2016, which counsel for Warner/Chappell executed and returned on May 13, 2016;

WHEREAS, by executing and returning the Waiver, Warner/Chappell was given until July 5, 2016 (i.e., 60 days from May 6, 2016, the date on which the Waiver was served) to file an answer or motion under Rule 12;

WHEREAS Plaintiff and Warner/Chappell, by way of stipulation, have sought by the court's order, and the court has so ordered, various extensions of the deadline for Warner/Chappell to file its responsive pleading in this matter in order to allow the parties to continue their discussions regarding Plaintiff's claims and how this action should proceed, including a potential settlement, resulting in extensions of Warner/Chappell's response deadline to August 2, 2016; September 2, 2016; October 3, 2016; November 2, 2016; and December 2, 2016;

WHEREAS, in light of a proposed mediation to take place within the next sixty (60) days, the parties seek an additional extension of the deadline for Warner/Chappell to file its responsive pleading up to and including February 2, 2017;

WHEREAS Plaintiff and Warner/Chappell are the only parties affected by this stipulation, and so this stipulation will not result in prejudice to any party;

/ / /

/ / /

/ / /

/ / /

/ / /

1
**STIPULATION FOR EXTENSION OF TIME**

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree that, in light of the aforementioned proposed mediation to take place within the next 60 days, Warner/Chappell should be given additional time to respond to Plaintiff's FAC, so that Warner/Chappell must file an answer or motion under Rule 12 by no later than February 2, 2017, subject to further extensions to be agreed upon by the parties and ordered by the Court.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Warner/Chappell may wish to assert in its responsive pleadings, all of which are expressly reserved.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated:  SUTHERLAND, ASBILL
    & BRENNAN LLP

By: */s/ Robert P. Merten*
ROBERT P. MERTEN
Attorneys for Defendant
WARNER/CHAPPELL MUSIC, INC.

Dated:  STERLING LAW GROUP

By: */s/ Stephen J. Slocum*
TIMOTHY J. KOOY
STEPHEN J. SLOCUM
Attorneys for Plaintiff
STERLING LAW GROUP



## **ORDER**

Based upon the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that Warner/Chappell may respond to the First Amended Complaint by February 2, 2017, subject to further extensions to be agreed upon by the parties and ordered by the Court.

IT IS SO ORDERED.

Dated: December 5, 2016

_____
Troy L. Nunley
United States District Judge

