Timothy J. Kooy, SBN 130175
Stephen J. Slocum, SBN 289403
THE STERLING LAW GROUP, APC
983 Reserve Drive
Roseville, CA 95678
Telephone:  (916) 790-0852
Fax: (949) 315-3281

Attorneys for <u>Plaintiff</u>,
Ronald A. Hinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD A. HINSON;<br><br>  Plaintiff,<br><br>-v-<br><br>CALVARY RECORDS, INC., a California Corporation dba THE CALVARY MUSIC GROUP dba SONGS OF CALVARY; SONGS OF CALVARY, an entity, form of organization unknown; CALVARY MUSIC GROUP, INC., a Tennessee Corporation; NELSON S. PARKERSON, JR., deceased, by and through the SAN JOAQUIN COUNTY PUBLIC ADMINISTRATOR, Special Administrator of the ESTATE OF NELSON S. PARKERSON, JR.; PHYLLIS BRADHURST; WARNER CHAPPELL MUSIC, INC., a Delaware Corporation; DOES 1 to 50, inclusive;<br><br>  Defendants. | Case No.  2:15-CV-02227-TLN-EFB<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |

Pursuant to Local Rule 271(d), the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Pursuant to Local Rule 271(i), the parties specify the following additional matters:

1. The parties propose the VDRP session to be held between March 28, 2017 and April 26, 2017, with May 10, 2017 being the date by which the neutral files confirmation of com-

1  pletion of the process.

2      2.  Defendant Warner Chappell Music, Inc. filed a motion to dismiss under Fed. Rule Civ. Proc. 12(b)(6) on February 2, 2017 with a hearing date set for March 9, 2017.  Despite VDRP referral, the parties anticipate opposition will be filed by Plaintiff and that the hearing on the motion will go forward.  Accordingly, this stipulation will not affect any pending deadlines in this action, all of which remain intact and unchanged.

    3.  In light of the pending motion to dismiss filed by Defendant, Warner Chappell Music, Inc., the parties propose to: (a) hold their Rule 26(f) conference and to file their Joint Status Report following May 10, 2017 (the date by which the neutral confirms completion of the VDRP process) subject to a further "meet and confer" among the parties; and, (b) make their initial disclosures under Fed. Rule Civ. Proc. 26(a)(1) following May 10, 2017 subject to a further "meet and confer" among the parties.

Dated:  February 24, 2017           **THE STERLING LAW GROUP, APC**

/s/ Timothy J. Kooy
Timothy J. Kooy, Attorneys for Plaintiff
Ronald A. Hinson

Dated:  February 24, 2017           **PARISH GUY CASTILLO PC**

/s/ Erin Guy Castillo (as authorized on Feb. 22, 2017)
Erin Guy Castillo, Attorneys for Defendant
Nelson S. Parkerson, Jr. deceased, by and through
the San Joaquin County Public Administrator,
Special Administrator of the Estate of Nelson S.
Parkerson, Jr.

Dated:  February 24, 2017           **EARLY SULLIVAN WRIGHT et. al.**

/s/ Stephen Yoonku Ma (as authorized on Feb. 22, 2017)
Stephen Yoonkyu Ma, Attorney for Defendant,
Warner Chappell Music, Inc., a Delaware Corp.

IT IS SO ORDERED.

Dated: February 27, 2017

_____
Troy L. Nunley
United States District Judge