Stephen Y. Ma, State Bar Number 214998
 *sma@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
WARNER/CHAPPELL MUSIC, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. HINSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALVARY RECORDS, INC., et al.,<br><br>　　　　Defendants. | Case No.: 2:15-cv-02227-TLN-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |



233171.2

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**STIPULATION TO EXTEND TIME TO RESPOND**

IT IS HEREBY STIPULATED, by and between Plaintiff Ronald A. Hinson ("Plaintiff") and Defendant Warner/Chappell Music, Inc. ("Warner/Chappell") as follows:

WHEREAS, Plaintiff filed his Second Amended Complaint for Damages ("SAC") on September 4, 2018 following the Court's Order dated August 3, 2018 granting Warner/Chappell's Motion to Dismiss Plaintiff's First Amended Complaint with leave to amend;

WHEREAS, Plaintiff and Warner/Chappell agreed to extend the time for Warner/Chappell to file its Answer or otherwise respond to the SAC;

WHEREAS, Plaintiff and Warner/Chappell have now agreed to a further 10-day extension of time to and including October 19, 2018 for Warner/Chappell to file its Answer or otherwise respond to the SAC;

WHEREAS, no prejudice will be caused by this stipulation and the extension of time requested to any other party, as all other parties have either settled and have been or will be dismissed, or have been defaulted;

///

///

///

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree that Warner/Chappell should be given additional time to answer or otherwise respond to Plaintiff's SAC to and including October 19, 2018, subject to further extensions as may be agreed upon by the parties and ordered by the Court.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Warner/Chappell may wish to assert in its responsive pleadings, in pre-trial and trial motions and at trial, all of which are expressly reserved.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: October 8, 2018

EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP

By: */s/ Stephen Y. Ma*
STEPHEN Y. MA
Attorneys for Defendant
WARNER/CHAPPELL MUSIC, INC.

Dated: October 8, 2018

STERLING LAW GROUP

By: */s/ Timothy J. Kooy*
TIMOTHY J. KOOY
STEPHEN J. SLOCUM
Attorneys for Plaintiff
STERLING LAW GROUP



233171.2

## ORDER

Based upon the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that Warner/Chappell shall have an additional 10 days to file its answer or otherwise respond to the Second Amended Complaint to and including October 19, 2018, subject to further extensions as may be agreed upon by the parties and ordered by the Court.

IT IS SO ORDERED.

Dated: October 10, 2018

Troy L. Nunley
United States District Judge