1   Stephen Y. Ma, State Bar Number 214998
2       *sma@earlysullivan.com*
    EARLY SULLIVAN WRIGHT
3       GIZER & McRAE LLP
    6420 Wilshire Boulevard, 17th Floor
4   Los Angeles, California 90048
    Telephone:  (323) 301-4660
5   Facsimile:  (323) 301-4676
6   Attorneys for Defendant
    WARNER/CHAPPELL MUSIC, INC.

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10
     RONALD A. HINSON,                          Case No.: 2:15-cv-02227-TLN-EFB
11
                      Plaintiff,                **STIPULATION AND ORDER
12                                              EXTENDING TIME FOR DEFENDANT
               vs.                              TO FILE RESPONSIVE PLEADING**
13
     CALVARY RECORDS, INC., et al.,
14
                      Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28   EARLY
     SULLIVAN
     WRIGHT
     GIZER &
     MCRAE LLP
     ATTORNEYS AT LAW

## STIPULATION TO EXTEND TIME TO RESPOND

IT IS HEREBY STIPULATED, by and between Plaintiff Ronald A. Hinson ("Plaintiff") and Defendant Warner/Chappell Music, Inc. ("Warner/Chappell") as follows:

WHEREAS, Plaintiff filed his Second Amended Complaint for Damages ("SAC") on September 4, 2018 following the Court's Order dated August 3, 2018 granting Warner/Chappell's Motion to Dismiss Plaintiff's First Amended Complaint with leave to amend;

WHEREAS, Plaintiff and Warner/Chappell agreed to extend the time for Warner/Chappell to file its Answer or otherwise respond to the SAC;

WHEREAS, Plaintiff and Warner/Chappell have now agreed to a further 14-day extension of time to and including November 2, 2018 for Warner/Chappell to file its Answer or otherwise respond to the SAC;

WHEREAS, no prejudice will be caused by this stipulation and the extension of time requested to any other party, as all other parties have either settled and have been or will be dismissed, or have been defaulted;

///

///

///



**STIPULATION AND ORDER FOR EXTENSION OF TIME**

233171.3

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree that Warner/Chappell should be given additional time to answer or otherwise respond to Plaintiff's SAC to and including November 2, 2018, subject to further extensions as may be agreed upon by the parties and ordered by the Court.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Warner/Chappell may wish to assert in its responsive pleadings, in pre-trial and trial motions and at trial, all of which are expressly reserved.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: October 19, 2018    EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP

By:  */s/ Stephen Y. Ma*
   STEPHEN Y. MA
   Attorneys for Defendant
   WARNER/CHAPPELL MUSIC, INC.

Dated: October 19, 2018    STERLING LAW GROUP

By:  */s/ Timothy J. Kooy*
   TIMOTHY J. KOOY
   STEPHEN J. SLOCUM
   Attorneys for Plaintiff
   STERLING LAW GROUP


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

233171.3

## <u>ORDER</u>

Based upon the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that Warner/Chappell shall have an additional 14 days to file its answer or otherwise respond to the Second Amended Complaint to and including November 2, 2018, subject to further extensions as may be agreed upon by the parties and ordered by the Court.

IT IS SO ORDERED.

Dated: October 22, 2018

Troy L. Nunley
United States District Judge



233171.3