Timothy J. Kooy, SBN 130175
Stephen J. Slocum, SBN 289403
STERLING LAW GROUP
983 Reserve Drive
Roseville, CA 95678
Telephone: (916) 790-0852
Fax: (949) 315-3281

Attorneys for Plaintiff,
Ronald A. Hinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD A. HINSON;<br><br>Plaintiff,<br><br>-v-<br><br>CALVARY RECORDS, INC., a California Corporation dba THE CALVARY MUSIC GROUP dba SONGS OF CALVARY; SONGS OF CALVARY, an entity, form of organization unknown; CALVARY MUSIC GROUP, INC., a Tennessee Corporation; NELSON S. PARKERSON, JR., deceased, by and through the SAN JOAQUIN COUNTY PUBLIC ADMINISTRATOR, Special Administrator of the ESTATE OF NELSON S. PARKERSON, JR.; PHYLLIS BRADHURST; WARNER CHAPPELL MUSIC, INC., a Delaware Corporation; DOES 1 to 50, inclusive;<br><br>Defendants. | Case No. 2:15-CV-02227-TLN-EFB<br><br>STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), by and between Plaintiff, Ronald A. Hinson ("Plaintiff"), and Defendant, Phyllis Bradhurst ("Defendant"), the following:

1.  This action was commenced on October 26, 2015.

2.  A First Amended Complaint in this matter was filed on January 11, 2016. Defendant was served with process but failed to file an Answer to the First Amended Complaint. A

Clerk's Entry of Default was subsequently entered on February 17, 2016.

3. Plaintiff and Defendant entered into a Settlement Agreement on or about October 21, 2017, a true and correct copy of which is attached hereto as Exhibit A (hereafter referred to as "Settlement Agreement"). Paragraph 7(b) of the Settlement Agreement expressly reserves the jurisdiction of this Court to enforce its terms. The terms and provisions of the Settlement Agreement, including but not limited to those of Paragraph 7, are expressly incorporated by reference into this Stipulation for Dismissal.

4. Defendant, Phyllis Bradhurst, shall be dismissed from this action.

5. This Court shall expressly retain jurisdiction over this matter to enforce the terms of the Settlement Agreement, including but not limited to the terms of paragraph 7.

6. This Stipulation for Dismissal is made expressly contingent upon this Court signing and entering the Order of Dismissal that follows.

7. This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires a court order for dismissal.

Dated: July 31, 2019          THE STERLING LAW GROUP, APC

                              /s/ Timothy J. Kooy
                              Timothy J. Kooy, Attorneys for Plaintiff
                              Ronald A. Hinson

Dated: July 31, 2019
                              /s/ Phyllis Bradhurst
                              Phyllis Bradhurst, In Pro Per

## ORDER OF DISMISSAL

Pursuant to the Settlement Agreement—attached hereto as Exhibit A and expressly incorporated by reference into this Order of Dismissal, and based upon the above Stipulation for Dismissal, Defendant, Phyllis Bradhurst shall be, and is, hereby dismissed from this action. This Court shall, and does, retain jurisdiction over this matter to enforce the terms of the Settlement Agreement, including but not limited to Paragraph 7.

IT IS SO ORDERED.

Dated: August 5, 2019

                              Troy L. Nunley
                              United States District Judge

# EXHIBIT A

**to Stipulation for Dismissal**

**&**

**to Order of Dismissal**

# SETTLEMENT AGREEMENT

This Settlement Agreement ("Settlement Agreement") is between Ronny Hinson, acting in his individual capacity and in his capacity as agent for Kenny Hinson, deceased, by and through Kenneth Weston Hinson, and Larry Hinson (hereafter referred to in both his individual and representative capacities as "Hinson"), and Phyllis M. Bradhurst (hereafter referred to as "Bradhurst"). Where applicable, Hinson and Bradhurst will be referred to collectively as "the parties." This Settlement Agreement is entered into with regard to the following circumstances.

## RECITALS

A.     Nelson S. Parkerson died on January 31, 2015 in the City of Stockton, San Joaquin County, California. On or about June 16, 2015, a Petition for Probate of the Will of Nelson S. Parkerson Jr. was filed in the Superior Court of San Joaquin County, State of California, Case No. STK-PR-EST 2015 0000412 (hereafter referred to as "Probate Action."). Bradhurst was a purported beneficiary of the Estate.

B.     On October 23, 2015, Hinson filed a creditor's claim against the Estate of Nelson S. Parkerson, Jr. (hereafter referred to simply as "the Estate") for, among other things, royalties on Hinson songs that were paid to Nelson S. Parkerson, Jr. and/or to Songs of Calvary Publishing Company from roughly 2002 through 2015 but were never paid to Hinson, including but not limited to four checks that had been issued by Warner Chappell Music Group and paid to Parkerson and/or Songs of Calvary during that time, i.e., Check No. 22523278 dated April 28, 2010 in the amount of $55,481.46 made payable to "Ronnie Hinson," Check No. 22525590 dated July 29, 2010 in the amount of $7,029.75 made payable to "Ronnie Hinson," Check No. 22502007 dated November 1, 2010 in the amount of $2,338.43 made payable to "Ronnie Hinson," and Check No. 22505931 dated January 27, 2011 in the amount of $1,350.77 made payable to "Ronnie Hinson." (These checks shall be referred to collectively herein as "the four royalty checks.").

C.     On October 26, 2015, Hinson filed suit on his creditor's claim naming as defendants Bradhurst, among others, in the United States District Court, Eastern District of California, Case No. 2:15-CV-02227, entitled *"Ronald A. Hinson, Plaintiff, -vs- Calvary Records, Inc., a California Corporation dba The Calvary Music Group dba Songs of Calvary; Songs of Calvary, form of organization unknown; Calvary Music Group, Inc., a Tennessee Corporation; Nelson S. Parkerson, Jr., deceased, by and through the San Joaquin County Public Administrator, Special Administrator of the Estate of Nelson S. Parkerson, Jr.; Phyllis Bradhurst; Warner Chappell Music, Inc., a Delaware Corporation; Does 1 to 50, inclusive, Defendants"* (hereafter referred to as "lawsuit" or "action").

D.     An amended complaint was filed on January 16, 2016 in the lawsuit which asserted claims against Bradhurst consisting of copyright infringement, breach of fiduciary duty, conversion, declaratory relief, breach of contract, rescission of contract, negligence, common counts, and accounting. The conversion count, with respect to Bradhurst, alleged that she had

**SETTLEMENT AGREEMENT**                                                      **Page 1 of 5**

converted the four royalty checks identified in paragraph B above.

E.     Following service of summons on the first amended complaint in the lawsuit, Bradhurst did not timely respond to the first amended complaint, her default was taken and a Clerk's Certificate of Entry of Default was entered against her in the lawsuit on February 17, 2016.

F.     On November 3, 2016, Hinson filed a "Petition to Determine Title to and Require Transfer of Personal Property" in the Probate Action under Probate Code § 850 et. seq. against not only the Estate but also other defendants, including Bradhurst. The petition sought, among other things, a judicial determination that the Estate had no right, title or interest to the funds paid by the four royalty checks, an order requiring that the funds be repaid to Hinson and an award of double damages under Probate Code § 859.

G.     Hinson and the Estate of Nelson S. Parkerson, Jr., (hereafter referred to as "Estate") have entered into a settlement of the lawsuit, the terms of which include the Estate transferring whatever rights, title and interest it has in 202 songs written by Ronny Hinson to Hinson. Attached hereto and incorporated by reference as Exhibit A is a list of the 202 songs;

H.     The settlement of the lawsuit entered into between Hinson and the Estate also included the Estate transferring whatever rights, title and interest it has in 35 songs written by Kenny Hinson and 18 songs written by Larry Hinson. Attached hereto and incorporated by reference as Exhibits B and C, respectively, are lists of the 35 songs written by Kenny Hinson and the 18 songs written by Larry Hinson.

I.     The settlement of the lawsuit entered into between Hinson and the Estate also included the Estate transferring whatever right, title and interest is has in all Master recordings of Hinson songs it has in its possession. Attached hereto and incorporated by reference as Exhibit D is a list of the album titles of the recordings that contain songs on the Hinson Masters.

J.     The attorneys for the Estate have asked the beneficiaries of the Estate, including Bradhurst, to approve the settlement with Hinson in writing. Such approval by the beneficiaries would expedite the settlement and avoid the attorneys for the Estate having to seek judicial approval in the Probate Action.

K.     Given the settlement entered into between Hinson and the Estate, Hinson and Bradhurst acknowledge the expense involved in continued litigation of the lawsuit between them, both wish to settle their dispute without recourse to further litigation and both wish to move on with their lives.


## NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:


**SETTLEMENT AGREEMENT**

1.     Bradhurst agrees to approve the settlement of the lawsuit between Hinson and the Estate. Further, Bradhurst agrees to cooperate with the attorneys for the Estate in signing any court papers or other documents that may be required, either to effectuate, facilitate, or expedite that settlement.

2.     To the extent it may be required, Bradhurst agrees to cooperate (1) in the transfer from the Estate to Hinson of all exclusive rights, title and interest in the songs that are listed in Exhibits A, B, and C, attached hereto and incorporated herein by reference—specifically, the 202 songs written by Ronny Hinson, the 35 songs written by Kenny Hinson, and the 18 songs written by Larry Hinson; (2) in the transfer from the Estate to Hinson of all exclusive rights, title and interest in all Master recordings of Hinson songs that are in the possession of the Estate and listed in Exhibit D; and (3) in the re-registration of all of the aforementioned songs with the U.S. Copyright Office. Cooperation may be in the form of providing information, answering questions or signing whatever documents may be required.

3.     Bradhurst warrants or represents that she has no ownership interest in real property at 2365 E. Alpine, in Stockton, California, currently titled in the corporation name of River of Life Full Gospel Fellowship.

4.     Ronny Hinson, on behalf of himself and on behalf of Kenny Hinson, deceased, by and through Kenneth Weston Hinson, and on behalf of Larry Hinson, as their agent, agrees not to use Calvary Music Group record labels or Songs of Calvary Publishing Company names and/or logos on both newly recorded songs and on previously licensed material. *(The term "logos" refers to the image of a black rectangular box enclosing three crosses arranged side-by-side.). The Calvary Music Group record labels are (a) Calvary Records, (b) Lifestream Records, (c) Wedding Song, (d) Heartsong Records, and (e) On-A-Roll Records. (These five names will be referred to collectively herein as "Calvary Music Group record labels."). The Calvary Publishing Company names are (f) Songs of Calvary, (g) LifeStream Music, and (h) Music of Calvary. (These three names will be referred to collectively herein as "Calvary Publishing Company names.").* However, Ronny Hinson, Kenny Hinson, deceased, by and through Kenneth Weston Hinson, and Larry Hinson, shall have the right to use song titles, pictures, photographs, images, cover art and graphic arts on the cover(s) of records, record albums and CDs, and of any other previously licensed material once the Calvary Music Group record labels and/or Songs of Calvary Publishing Company names and/or logos have been removed.

5.     While Ronny Hinson, on behalf of himself and on behalf of Kenny Hinson, deceased, deceased, by and through Kenneth Weston Hinson, and on behalf of Larry Hinson, as their agent, agrees not to record, release, or publish new songs under any of the Calvary Music Group record labels or Songs of Calvary Publishing Company names, Bradhurst agrees that Ronny Hinson, Kenny Kenny Hinson, deceased, by and through Kenneth Weston Hinson, and Larry Hinson, shall have the the right to use any of the Calvary Music Group record label names and/or Calvary Publishing Company names for income purposes only. This means after the Estate is settled, in the event a

royalty check for a Hinson song is received made payable to any of the Calvary Music Group record record label names, to any of the Calvary Publishing Company names, to Nelson S. Parkerson, Jr., or Jr., or to Bradhurst, then Ronny Hinson, Kenny Hinson, deceased, by and through Kenneth Weston Weston Hinson, and Larry Hinson shall have the right to negotiate or deposit the check into their respective accounts. In the event that a royalty check(s) for Hinson music come(s) to any address that that Bradhurst has access to, Bradhurst agrees to immediately forward that check to Hinson, at the the following address: **Ronny Hinson, P.O. Box 586, Goodlettsville, TN 37070.**

6.  Bradhurst agrees not to conduct any business under any of the Calvary Music Group record labels or Songs of Calvary Publishing Company names and will not operate in any business capacity whatsoever under any of said Calvary Music Group record labels or Songs of Calvary Publishing Company names with regard to any royalties earned and/or paid on Hinson songs and/or Hinson Master recordings. Further, with regard to any of the 255 songs and Master recordings (i.e., albums) that are the subject of this Settlement Agreement, Bradhurst will not represent herself as a representative of Ronny Hinson, of Kenny Hinson, deceased, by and through Kenneth Weston Hinson, or of Larry Hinson, and Bradhurst further agrees she will not receive or collect royalties on behalf of Ronny Hinson, or on behalf of Kenny Hinson, deceased, by and through Kenneth Weston Hinson, or on behalf of Larry Hinson. Bradhurst also agrees not to engage in the business of manufacturing or of duplicating for resale any Hinson music, Hinson images, including all digital media in any form and under any of the aforementioned entity names or any other names she may otherwise have the legal right or no legal right to use.

7.  Hinson agrees to dismiss Bradhurst from the lawsuit and, to the extent a separate dismissal of Bradhurst from the Probate Action may be required, from the Probate Action as well. However, with respect to the federal lawsuit, (a.) the order of dismissal from the court will expressly reserve the court's jurisdiction to do the following: first, in the event that Bradhurst has misrepresented that she does not own the 2365 E. Alpine Stockton property or does not hold an ownership interest in it; or, secondly, in the event future royalty payments are paid to Bradhurst by by mistake or otherwise and Bradhurst retains the royalties and does not immediately forward them them to Hinson, then the dismissal of Bradhurst from the lawsuit will be vacated, the lawsuit will be be reinstated, and a judgment on the first amended complaint in the aggregate amount of the four royalty checks identified in Paragraph B of the recitals above, plus prejudgment interest at the fifty fifty two week Treasury Bill rate from the date(s) each check was issued, plus attorney's fees to be be fixed by the court not to exceed $10,000.00 shall be entered against Bradhurst without further notice. (b). Similarly, this Settlement Agreement expressly reserve the court's jurisdiction to do the the following: first, in the event that Bradhurst has misrepresented that she does not own the 2365 E. 2365 E. Alpine Stockton property or does not hold an ownership interest in it; or, secondly, in the event future royalty payments are paid to Bradhurst by mistake or otherwise and Bradhurst retains retains the royalties and does not immediately forward them to Hinson, then the dismissal of Bradhurst from the lawsuit will be vacated, the lawsuit will be reinstated, and a judgment on the first first amended complaint in the aggregate amount of the four royalty checks identified in Paragraph B Paragraph B of the recitals above, plus prejudgment interest at the fifty two week Treasury Bill rate

rate from the date(s) each check was issued, plus attorney's fees to be fixed by the court not to exceed $10,000.00 shall be entered against Bradhurst without further notice.

8.     Time is of the essence.

9.     In the event any action is brought by any party hereto to enforce this agreement, the prevailing party shall be entitled to reasonable attorney's fees and costs in addition to all other relief to which that party or parties may be entitled.

10.     This Settlement Agreement shall be construed in accordance with the laws of the State of California, applicable to contracts entered into and performed within the State of California. If any portion of this Settlement Agreement is subsequently determined to be invalid, then the remaining portions shall remain valid and enforceable.

11.     This is the entire Agreement between the parties, and may be modified only by a writing, signed by both parties.

12.     This Agreement may be signed in counterpart. A copy of a signature either by photocopy, facsimile, electronic mail or electronic signature shall be as valid as an original signature.

IN WITNESS WHEREOF, the parties have duly executed this Settlement Agreement effective the date first entered below.

Date: _____

                                        _____

                                        Phyllis M. Bradhurst

Date: _10 /12/ 2017_____

                                        Ronny A. Hinson, in his individual ca-
                                        pacity and as agent for Kenny D. Hinson,
                                        deceased, by and through Kenneth Wes-
                                        ton Hinson, and Larry G. Hinson

(1) By individuals:

State of _Colorado_ , County of _EL PASO_ , ss.
On this the _12_ day of _October_ , 201_7_, before me, _MONISH AWALE_ the undersigned officer, personally appeared _before me,_ known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained. In witness whereof, I hereun-to set my hand and official seal.

MONISH AWALE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174007685
MY COMMISSION EXPIRES 02/21/2021

_____
Notary public.

**SETTLEMENT AGREEMENT**                                      **Page 5 of 5**

rate from the date(s) each check was issued, plus attorney's fees to be fixed by the court not to exceed $10,000.00 shall be entered against Bradhurst without further notice.

8. Time is of the essence.

9. In the event any action is brought by any party hereto to enforce this agreement, the prevailing party shall be entitled to reasonable attorney's fees and costs in addition to all other relief to which that party or parties may be entitled.

10. This Settlement Agreement shall be construed in accordance with the laws of the State of California, applicable to contracts entered into and performed within the State of California. If any portion of this Settlement Agreement is subsequently determined to be invalid, then the remaining portions shall remain valid and enforceable.

11. This is the entire Agreement between the parties, and may be modified only by a writing, signed by both parties.

12. This Agreement may be signed in counterpart. A copy of a signature either by photocopy, facsimile, electronic mail or electronic signature shall be as valid as an original signature.

IN WITNESS WHEREOF, the parties have duly executed this Settlement Agreement effective the date first entered below.

Date: _10 - 18 - 2017_      *Phyllis M. Bradhurst*
                Phyllis M. Bradhurst

Date: _____      _____
                Ronny A. Hinson, in his individual capacity and as agent for Kenny D. Hinson, deceased, by and through Kenneth Weston Hinson, and Larry G. Hinson

**SETTLEMENT AGREEMENT**           **Page 5 of 5**

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
County of Fresno_____        )

On 10/18/2017_____ before me, _____ Julian Rivera, Notary Public _____,
        *Date*        *Here Insert Name and Title of the Officer*

personally appeared _____ Phyllis M Bradhurst _____
        *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JULIAN RIVERA
NOTARY PUBLIC · CALIFORNIA
COMMISSION # 2200044
FRESNO COUNTY
My Comm. Exp. June 3, 2021

Signature _____
        *Signature of Notary Public*

_____ *Place Notary Seal Above* _____        Julian Rivera

═══════════ **OPTIONAL** ═══════════
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

**CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of _FRESNO_ )

On _10/18/2017_ before me, _____ Julian Rivera, Notary Public _____,

*Date*          *Here Insert Name and Title of the Officer*

personally appeared _PHYLLIS M. DRADHERT_

*Name(s) of Signer(s)*

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

JULIAN RIVERA
NOTARY PUBLIC · CALIFORNIA
COMMISSION # 2200044
FRESNO COUNTY
My Comm. Exp. June 3, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

*Signature of Notary Public*

*Place Notary Seal Above*      Julian Rivera

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

## Description of Attached Document

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

**LIST OF SONGS – RONALD HINSON (With Co-Writers & Co-Publishers)**

1. Altar

2. Answer Is Calvary

3. Blessings On Me

4. Beyond A Shadow Of A Doubt

5. Bringing Back The Good Ole Days

6. Burdens Are Lifted Away

7. Call Me By Name

8. Calling All Hearts

9. Carry On

10. Chains Of Love

11. Church Is Still Alive

12. Cloudless Day    Writers: Ronnie Hinson / Walter H Chaney    Pub: Songs of Calvary / Chris White Music

13. Come As You Are

14. Could You Have Worn His Crown   Writers: Ronnie Hinson/ Brian Anthony Yandell    Pub: Songs of Calvary / Chris Music Music

15. Cross In The Middle Should Have Been Mine

16. Day Of Mercy

17. Don't Let The Ship Sail Without Me

18. Dream

19. Elite Class   Writers: Ronnie Hinson / Harvey Perdue

20. Fill Me Up Holy Spirit   Writers: Ronnie Hinson / June Parker

21. Free At Last   Writers: Ronnie Hinson / Ronald Hinson Jr.   Pub: Songs of Calvary / Christian Taylor Music

# EXHIBIT A

22. From Prison To Prison   Writers: Ronnie Hinson / Harvey Perdue

23. From Sad  To Satisfied   Writers: Ronnie Hinson / Rickey Medlock

24. From You To Me   Writers: Ronnie Hinson / Jamie Coulter

25. Get Up

26. Go A Little Farther In The Garden   Writers: Ronnie Hinson / Marcia Henry   Pub: Songs of Calvary / Marcia Henry Music

27. Go Back To The Cross   Writers: Ronnie Hinson / Brian Yandell   Pub: Songs of Calvary / Chris White Music

28. Go on Thru

29. God In Heaven Knows   Writers: Ronnie Hinson / Ronald Hinson Jr.   Pub: Songs of Calvary / Christian Taylor Music

30. Gods Gonna Do The Same For You And Me

31. Gods Love Goes A Long Way   Writers: Ronnie Hinson / Chyrell Lynn Powell

32. Gods Still In The Miracle Business

33. God That Cannot Fail

34. God Would Be Good For You   Writers: Ronnie Hinson / Marcia Henry   Pub: Songs of Calvary / Marcia Henry Music

35. Golden Years   Writers: Ronnie Hinson / Timothy Lovelace   Pub: SOC / Slickey Music

36. Gonna Keep Shinin   Writers: Ronnie Hinson / Marcia Henry   Pub: SOC / Marcia Henry Music

37. Good Time To Have Revival

38. Goodbye To Tears

39. Grand Opening Soon   Writers: Ronnie Hinson / Marcia Henry   Pub: SOC / Marcia Henry Music

40. Hallelujah Anyhow

41. Hallelujah Heavenly Horn   Writers: Ronnie Hinson / Ronald B Drake

42. Hallelujah Meetin

43. Have You Been Born Again

44. He Can

45. He Is Leading The Way

46. He'll Come As No Surprise  Writers: Ronnie Hinson/ Marcia Henry  Pub: SOC / Marcia Henry Music

47. He Made A Believer Out Of Me    Writers: Ronnie Hinson / Ronald Hinson Jr.    Pub: SOC / Christian Taylor Music

48. He Pilots My Ship

49. He's Even Blessing Me Now

50. He's Got A Miracle For You  Writers: Ronnie Hinson / Ronald Hinson Jr.   Pub: SOC / Christian Taylor Music

51. He's Having The Time Of My Life

52. He's Leading The Way

53. He's Not Just Another Face In The Clouds

54. He Thought Of Me   Writers: Ronnie Hinson / Deborah Ruth Harris

55. He Will Forgive

56. Heart That Glows In The Dark   Writers: Ronnie Hinson/ Marcia Henry  Pub: SOC / Marcia Henry Music/ Christian Taylor Music

57. Heaven Is Mine

58. Heaven On Earth

59. Heavens Best

60. Here Today Gone Tomorrow

61. Higher Than I've Ever Been   Writers: Ronnie Hinson /Judy Pevehouse  Pub: SOC / Chris White Music

62. His Blessings On Me

63. Holy Ghost Hot Line

64. Home sick To Go

65. House Of A King

66. Hungry For A Meal

67. I Am Free ( I'm Free)

68. I Know That I Have Been Redeemed   Writers: Ronnie Hinson/ Brian Yandell   Pub: SOC / Chris White Music

69. I Like The Promise

70. I'll Never Forget What You've Done For Me

71. I'll Talk To My Father

72. I Love To Pray

73. I'm Living Up On This Mountain

74. I'm One Of That Crowd

75. I Made The Move

76. I Must Be Getting Closer To The Cross

77. I Take Him With Me   Writer: Ronnie Hinson/ Marcia Henry   Pub: SOC/ Marcia Henry Music

78. I've Got A Feelin

79. I Want A Deeper Walk With God   Writer: Ronnie Hinson/ Marcia Henry   Pub: SOC / Marcia Henry Music

80. I Won't Walk Without Jesus

81. If I Were Standing In Your Shoes

82. If There Had Been No Calvary

83. In The Palm Of His Hand

84. It Is The Day

85. Journey

86. Just Let Me Fall

87. Keep Jesus In Mind

88. Land Of Victory

89. Lay Them Down   Writers: Ronnie Hinson/ John E Lowery   Pub: SOC/ Chris White Music

90. Let Go And Let God

91. Let Him Be What Your World Is Coming To

92. Let's Do It Again

93. Light

94. Lighthouse

95. Little Store Front Church ( Store Front Church)

96. Living In His  Word

97. Living Proof     Writers: Ronnie Hinson/ Harvey Perdue

98. Look To Him

99. Look What He's Done For Me

100. Looking Away

101. Lord Send Me

102. Lord You're All I Need

103. Lost Sheep

104. Love Took It Away

105. Meet Me At The Table   Writers: Ronnie Hinson/ Michael Payne   Pub: SOC / Timber Wind

106. Mercy Built A Bridge

107. Mercy's Child   Writers: Ronnie Hinson/ Norman Nathan Widener   Pub: SOC / Chris White Music

108. Mighty River    Writers: Ronnie Hinson/ Kristina Hodges Cornell    Pub: SOC / Christian Taylor Music

109. Miracle Business

110. My Greatest Reason

111. New River   Writers: Ronnie Hinson/ Marcia Henry   Pub. SOC/ Marcia Henry Music

112. Nobody Blows A Horn Like Gabriel Can

113. No One But Jesus   Writers: Ronnie Hinson/ Marcia Henry   Pub: SOC / Marcia Henry Music

114. Noah

115. Not Trying To Say I'm Jesus   Writers: Ronnie Hinson/ Marcia Henry  Pub: SOC / Marcia Henry Music

116. Oasis ( God Is Your Oasis- God Is My Oasis)   Writers: Ronnie Hinson/ Kenny Hinson  Pub: SOC / Christian Taylor Music

117. Old Fashioned Altar

118. Old Ship Of Zion

119. Old Time Feeling  Writers: Ronnie Hinson/ Kenny Hinson

120. Old Time Preacher Man

121. Once Upon A Hill

122. One Drop Of Blood

123. One More Time One More Touch  Writers: Ronnie Hinson/ Marcia Henry   Pub: SOC/ Marcia Henry Music

124. One Simple Prayer

125. Original Superman

126. Over Board   Writers: Ronnie Hinson/ Harvey Perdue

127. People Of The Book

128. Potter And The Clay

129. PTL Club-BG Cues

130. Rain On You

131. Remember These Things

132. Running Up The Score

133. Search Is Over  Writers: Ronnie Hinson/ Michael Payne   Pub: SOC / Timber Wind

134. Shine Thru Me

135. Sing One More Song About Heaven

136. Soldier In The Army

137. Something Keeps Pullin Me Home

138. Soul Business   Writers: Ronnie Hinson/ Marcia Henry   Pub: SOC/Marcia Henry Music

139. Soul Fillin Station

140. Speak The Word   Writers: Ronnie Hinson/ Ronald Hinson Jr   Pub: SOC / Christian Taylor Music

141. Stand Up For Ole Glory And Kneel At The Cross (I'll Stand Up For Ole Glory And Kneel At The Cross) Writers: Ronnie Hinson/ Roger D House / Rickey Medlock

142. Still Go Free

143. Story Of The Rose ( My Heart Believes The Story-Rose Has Bloomed Again)

144. Symphony Of Praise   Writers: Ronnie Hinson/ Walter H Chaney  Pub: SOC / Chris White Music

145. Taste Of Heaven

146. Teach'em How To Pray

147. That I Could Still Go Free

148. That Same Hand

149. That Story That Never Grows Old   Writers: Ronnie Hinson/ Brian Yandell  Pub: SOC/ Chris White Music

150. There's Gonna Be Some Changes Made

151. There"s No Change

152. There's No Doubt

153. There's Power In Prayer

154. This is It  Writers: Ronnie Hinson/ Marcia Henry  Pub: SOC / Marcia Henry Music

155. This Joy Is Mine

156. This Time One More Time Will Do It

157. Till The Land

158. Too Many Times

159. Touch Of The Masters Strong Hand

160. Two Winning Hands (Winning Hands)

161. Under I Go

162. Under The Blood   Writers: Ronnie Hinson/ Wanda R Lewis   Pub: SOC / Chris White Music

163. Unshakable  Writers: Ronnie Hinson / Darrell Freeman   Pub: SOC/ Chris White Music

164. Until (Til) The World Can't Tell Us Apart

165. Upper Hand   Writers: Ronnie Hinson/ Chris White   Pub: SOC / Chris White Music

166. Victory Side

167. We All Are One

168.  We Need A Revival   Writers: Ronnie Hinson/ Randy Dale Shelnut   Pub: SOC/ Pen Of Song Music

169. Welcome To The Promised Land

170. What On Earth Are You Waiting For

171. When He Was On The Cross ( I Was On His Mind)  Writers: Ronnie Hinson/ Michael Payne Pub: SOC / Wind in Willow

172. When Mama Prayed

173. When Morning Breaks   Writers: Ronnie Hinson/ Vicki Louise Arnold

174. Where I'll Be Is Gone

175. Where Jesus Laid His Hand   Writer: Ronnie Hinson/ Bill Burns  Pub: SOC / Chris White Music

176. Where The Song Will Never End

177. Who But God   Writers: Ronnie Hinson/ Michael Payne   Pub: SOC/ Wind in Willow

178. Who Do You Know   Writers: Ronnie Hinson/ Kenny Hinson/ Larry Hinson

179. You Ain't Seen The Last Of Me

180. You Can't Hold Back The Dawning

181. You Make Me Feel At Home   Writers:  Ronnie Hinson/ Marcia Henry   Pub: SOC/ Marcia Henry Music

182. You've Got His Word   Writers: Ronnie Hinson/ Ronald Hinson Jr.

183. You're All I Need

184. Deep Well     Writers: Ronnie Hinson /Marcia Henry   Pub: Songs of Calvary / Marcia Henry Music

185. What Ever You Do Don't

186. Mama Made It

187. Daddy Got A Little Time Off

188. That's My Land

189. How Wrong You Are

190. Quiet Walk

191. To Know He's Real

192. Changes

193. Going Home To Glory

194. Holy

195. Do You See Jesus In Me

196. I'm Not Across The River Yet

197. I Prayed Through Today

198. Nothing Can Stop Us Now

199. A Very Scary Christmas

200. Some Good Of Me

201. Devils Nightmare   Writers: Ronnie Hinson / Mark L Briggs

202. See The Lamb   Writers: Ronnie Hinson/ Frankie Hiett King   Pub: SOC/ Point Of Honor Music

<u>Kenneth Duane Hinson</u>  SONGS
<u>(Kenny Hinson)</u>

1. AIN'T THAT WHAT ITS ALL ABOUT
2. BETTER THAN NEW
3. BROKEN WORTHLESS VESSEL
4. BY THE TIME THEY FIND ME MISSING
5. CALL ME GONE
6. CAMP MEETING DAYS
7. COME ON BACK
8. COST OF LIVING
9. CROSS THE FAITH LINE
10. DESPERATION
11. ENVY OF ANGELS
12. FAMILY RESEMBLANCE
13. FOR THE LOVE OF ME
14. HAVE YOU EVER SEEN A MIRACLE
15. HEY LORD
16. HOME WITH YOU TONIGHT
17. I ALREADY KNOW HOW THE STORY ENDS
18. I DON'T KNOW ANY BETTER THAN JESUS
19. I' LL NEVER BE OVER THE HILL
20. I NEVER HEARD A REAL LOVE SONG
21. I'VE GOT A PICTURE OF YOU LORD
22. IT ALL STILL AMAZES ME
23. ITS CHRISTMAS DAY
24. LET ME TELL YOU HIS NAME AGAIN
25. LORD HELP ME WHEN I AIM
26. OASIS
27. OLD TIME FEELING
28. ONCE AGAIN
29. PUT ME DOWN
30. SINCE YOU GAVE ME A SONG
31. STILL SMALL VOICE
32. TAKE IT TO JESUS
33. TIL YOU'VE BEEN THERE
34. UNSUNG HEROES
35. WHO DO YOU KNOW

# EXHIBIT B

**Larry Gene Hinson    SONGS**
**( Larry Hinson)**

1. ALONE WITH HIM
2. AS HE GOES BY
3. COME TO THE WATER
4. HE IS A TOWER
5. HE MAKES A WORLD OF DIFFERENCE
6. HE'S THE ONLY ONE FOR ME
7. HE'S THE ONLY THING THAT WILL LAST
8.  I KEEP HOLDING
9. JOY COMES IN THE MORNING
10. KEEP'EM BURNIN ON
11. LORD REMEMBER ME
12. SHININ IN
13. SINCE THE COMFORTER CAME DOWN
14. WAITING LINE
15. WE'VE GOT TO FIGHT
16. WHO DO YOU KNOW
17. WIND OF HIS SPIRIT
18. I'VE BEEN TO HEAVEN ( THOUGH I'VE NEVER LEFT THE ROOM)

# EXHIBIT C

## ALBUM TITLES OF THE RECORDINGS THAT CONTAIN THE SONGS ON THE HINSON MASTERS

- *Here Comes The Hinsons*
- *A Gospel Sound Spectacular*
- *The Lighthouse*
- *He Pilots My Ship*
- *We Promise You Gospel*


- *Touch Of Hinson, Glimpse Of Glory*
- *Harvest Of Hits*
- *High Voltage*
- *From Out Of The West They Came, Live and On Stage*
- *The Group That God Built*
- *Etched In Stone*
- *On The Road*
- *Prime*


- *Song Vineyard*


- *Bubblin'*
- *Hinsongs*
- *To The Core*
- *A Hinson Christmas*
- *Lift The Roof Off, Live*
- *The Hinsons Greatest Hits Vol.1 & 2*


- *It Runs In The Family*
- *The Legacy Goes On*
- *Generations*
- *Encore, Live from Nashville*


- *One More Hallelujah*
- *Tulsa Live*
- Me, Myself and Him

- This Is It

- Shinin

- The Singer


# EXHIBIT D